No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Keeping a disorderly house is the offense; the punishment, a fine of $200 and twenty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

No attorney on appeal, for appellant.

Henry Wade, Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Leon Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is driving while intoxicated; the punishment, 30 days in jail and a fine of $100.00.

No statement of facts or bills of exception appear in the record.

The judgment herein recites that the jail term was probated.

In compliance with the holding in Gilderbloom v. State, Tex.Cr.App., 272 S.W. 2d 106, the judgment herein is reformed so as to eliminate the provision for probation and, as reformed, is affirmed.

John James HARPER, Appellant,

v.

The STATE of Texas, Appellee.

No. 27535.

Court of Criminal Appeals of Texas.

April 6, 1955.

Carrol FARRAR, Appellant,

v.

The STATE of Texas, Appellee.

No. 27231.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

Rehearing Denied March 30, 1955.

